ORIGINAL
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-15-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------X
PLUMBERS & STEAMFITTERS LOCAL 267
PENSION FUND, et al.,

                Plaintiffs,

   - against -

J.P. JEANNERET ASSOCIATES, INC.,
et al.,

                Defendants.
---------------------------------------X

09 Civ. 7584 (VM)

**ORDER**

---------------------------------------X
BOARD OF TRUSTEES OF THE BUFFALO
LABORERS SECURITY FUND, et al.,

                Plaintiffs,

   - against -

J.P. JEANNERET ASSOCIATES, INC.,
et al.,

                Defendants.
---------------------------------------X

09 Civ. 8362 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Upon review of the complaints and other papers filed with the Court in connection with the two cases captioned above, the Court noted that the complaints describe the same or substantially similar underlying events and operative facts, and assert claims arising out of the same or substantially similar actions against most of the same defendants. Accordingly, it is hereby

    **ORDERED** that the Clerk of Court is directed to consolidate the two cases captioned above for all pretrial purposes; and it is further

**ORDERED** that all filings in connection with the consolidated action be docketed against the remaining lower number case, 09 Civ. 7584; and it is finally

**ORDERED** that the Clerk of Court close the referenced higher numbered case, 09 Civ. 8362, as a separate action and remove it and any pending motions from the Court's database.

**SO ORDERED.**

Dated:    NEW YORK, NEW YORK
          15 October 2009

<pre>
                                    Victor Marrero
                                       U.S.D.J.
</pre>

-2-